# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| JUVENAL GUEVARA, JR., #1907012,<br>**Plaintiff,** | § <br> § <br> § | |
| v. | § <br> § | **CIVIL CASE NO. 3:18-CV-2611-S-BK** |
| STATE OF TEXAS, et al.,<br>**Defendants.** | § <br> § <br> § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Plaintiff is **BARRED** by three strikes and that, insofar as he seeks leave to proceed *in forma pauperis*, his motion is **DENIED**. *See* 28 U.S.C. § 1915(g).

SO ORDERED this 24th day of _October_, 2018.

_____
UNITED STATES DISTRICT JUDGE